Filed 7/14/26  P. v. Cruz CA2/1

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE,<br><br>　　　Plaintiff and Respondent,<br><br>　　　v.<br><br>LUIS CRUZ,<br><br>　　　Defendant and Appellant. | B347569<br><br>(Los Angeles County<br>Super. Ct. No. YA108378) |

APPEAL from a judgment of the Superior Court of Los Angeles County, Altus W. Hudson, Judge.  Affirmed.

Richard L. Fitzer, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

Defendant Luis Cruz appeals from his conviction of Penal Code section 245, subdivision (a)(1) (assault with a deadly weapon). Cruz's appointed appellate counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), identifying no issues and requesting this court to review the record and determine whether any arguable issue exists on appeal. We have done so and affirm.

## BACKGROUND

An information filed on February 25, 2025, charged Cruz with one count of assault with a deadly weapon (knife), in violation of Penal Code[1] section 245, subdivision (a)(1) and alleged three factors in aggravation.

After being granted mental health diversion pursuant to section 1001.36, Cruz absconded from treatment by leaving the lobby of the facility before intake. The court subsequently terminated diversion.

The matter was called for jury trial on April 24, 2025. The following facts were adduced at trial:

On August 22, 2023, Hamid Hill, Ivan Gonzalez Juarez, and a third man, all construction workers, went to El Pollo Loco in Inglewood for lunch. Cruz entered the restaurant and stabbed Hill in the back with a knife. The incident was caught on the restaurant's security camera.

After being stabbed, Hill stood up and turned to see Cruz standing in front of him with a knife in his hand. In Spanish, Cruz said, "Don't follow me or I'm going to kill you," and then backed out of the restaurant.

---

[1] Undesignated statutory references are to the Penal Code.

On April 30, 2025, the jury found Cruz guilty as charged but found the allegation that the offense involved great violence or great bodily harm (the only factor in aggravation submitted to the jury) not true.

On June 26, 2025, the trial court sentenced Cruz to the mid-term of three years. Cruz was given credit for time served for his 1,142 days of presentence credit, and was released from custody. The court stayed all fines and fees.

Cruz filed a timely notice of appeal. The notice of appeal identifies Cruz's mailing address as the same as his attorney's address (which lists the Inglewood branch of the Office of the Los Angeles County Public Defender).

## DISCUSSION

Cruz's appellate counsel filed a brief identifying no issue and requested this court review the record pursuant to *Wende, supra*, 25 Cal.3d 436. On April 14, 2026, Cruz's appellate counsel sent a copy of appellant's opening brief to his mailing address as indicated on his notice of appeal. Appellate counsel filed a declaration stating that counsel has not written to appellant, because Cruz is "homeless."

We have examined the entire record and are satisfied that counsel has complied with his responsibilities and that no arguable issue exists. (*People v. Kelly* (2006) 40 Cal.4th 106, 110–111; *Wende, supra*, 25 Cal.3d at p. 441.)

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED

M. KIM, J.

We concur:

BENDIX, Acting P. J.

WEINGART, J.